

December 16, 2024

Hon. Judge Taryn A. Merkl
United States Magistrate Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   **POLLITT v. FERRARA BAKERY & CAFÉ, INC.**
      **DOCKET NO. 1:24-cv-7711**

Dear Judge Merkl:

      The undersigned represents Derek Pollitt, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

      Although the defendant has not formally appeared on the docket, they are being represented by Robert N. Swetnick. The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

      Thank you for your time and consideration on this matter.

      Respectfully,

      Gabriel A. Levy